UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
PASSPORT OR OTHER NON-CASH COLLATERAL RECEIPT #C776

**Receipt of Passport or Other Non-Cash Collateral** (Section 1)

Name: CLINTON REY REIDER

Address:

Case Number: 1:19 CR 775

Passport Number: 575916665

Country of Origin: USA

Expiration Date: 7-24-27

Date Rec'd: 1-17-2020

Description of Property Other than Passport:

_____
Signature of Individual Surrendering Passport/Other

_____
Clerk's Signature

Clint Reider
Print Name

Original of Receipt Provided to Defendant or Individual Surrendering Passport or Other Non-Cash Collateral

**Return of Passport or Other Non-Cash Collateral** (Section 2)

Date Returned:

Rec'd by:

Rec'd from:

Purpose Returned:

Address (If Mailed):

_____
Signature of Individual Retrieving Passport/Other

_____
Clerk's Signature

Print Name