AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
~~Northern District of Ohio~~

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19-CR-775 |
| | ) | |
| Clinton Reider | ) | |
| *Defendant* | ) | |

FILED
4:49 pm Aug 26 2020
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8/14/20

*Defendant's signature*

*Signature of defendant's attorney*

JOHN F. MCCAFFREY
*Printed name of defendant's attorney*

*Judge's signature*

Jonathan D. Greenberg, U.S. Magistrate Judge
*Judge's printed name and title*